**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
KENDAL L. WEISENMILLER
Nevada Bar No. 11946
Email: kweisenmiller@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff Omix-ADA, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OMIX-ADA, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHANGZHOU JIULONG AUTO LAMPS FACTORY; GUANGZHOU VCAN ELECTRONIC TECHNOLOGY CO., LTD.; SANMAK LIGHTING CO., LTD., SHENZHEN UNISUN TECHNOLOGY CO., LTD.; and UNITY 4WD ACCESSORIES CO., LTD.,<br><br>Defendants. | CASE NO. 2:16-CV-02527-GMN-CWH<br><br>**ORDER EXONERATING CASH POSTED IN LIEU OF BOND** |

Having reviewed Plaintiff Omix-Ada, Inc.'s Motion to Exonerate Cash Posted in Lieu of Bond, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's cash bond in the amount of TEN THOUSAND DOLLARS ($10,000.00) be released to Plaintiff's counsel by way of check made

payable to Dickinson Wright PLLC mailed with attention to John L. Krieger, Esq., Dickinson Wright, PLLC, 8363 West Sunset Road, Suite 200, Las Vegas, NV 89113.

_____
UNITED STATES DISTRICT JUDGE
DATED this 18 day of ~~May~~ June, 2017.

Respectfully submitted by:

DICKINSON WRIGHT PLLC

_____
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
KENDAL L. WEISENMILLER
Nevada Bar No. 11946
Email: kweisenmiller@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff Omix-ADA, Inc.*