**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
KENDAL L. WEISENMILLER
Nevada Bar No. 11946
Email: kweisenmiller@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff Omix-ADA, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OMIX-ADA, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHANGZHOU JIULONG AUTO LAMPS FACTORY; GUANGZHOU VCAN ELECTRONIC TECHNOLOGY CO., LTD.; SANMAK LIGHTING CO., LTD., SHENZHEN UNISUN TECHNOLOGY CO., LTD.; and UNITY 4WD ACCESSORIES CO., LTD.,<br><br>Defendants. | CASE NO. 2:16-CV-02527-GMN-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS FEES** |

The Court having reviewed the Motion for Attorneys' Fees [ECF No. 59] (the "Motion") filed by Plaintiff OMIX-ADA, INC. ("Omix"); there being no opposition to the Motion filed by Defendants GUANGZHOU VCAN ELECTRONIC TECHNOLOGY CO., LTD. ("Guangzhou Vcan"), SHENZHEN UNISUN TECHNOLOGY CO., LTD. ("Unisun") and UNITY 4WD ACCESSORIES CO., LTD. ("Unity"), and good cause appearing therefore;

The Court HEREBY FINDS AND CONCLUDES the attorneys' fees of $44,450.50 and non-taxable costs of $2,320.57 incurred by Omix as set forth in the Motion and the Declaration of John L. Krieger in Support of Plaintiff's Motion for Attorney's Fees [ECF No. 60] were necessary and the attorneys' fees are reasonable in light of the nature of the case, the skill of counsel, the work performed, and the result of the action.

Accordingly, IT IS HEREBY ORDERED that Omix's Motion is GRANTED and Omix is awarded attorneys' fees in the amount of **$44,450.50** and costs in the amount of **$2,320.57**, for a total of **$46,771.07**, against Defendants Guangzhou Vcan, Unisun, and Unity, jointly and severally.

Dated this __2__ day of October, 2017.

_____
The Hon. Gloria M. Navarro
UNITED STATES DISTRICT JUDGE