# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

OMIX-ADA, Inc.

**Attorney Fees**

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Changzhou Jiulong Auto Lamps Factory, et al

Case Number:  2:16-cv-02527-GMN-CWH

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered for Attorney's Fees in favor of plaintiff against Defendants Guangzhou Vcan, Unisun, and  Unity, jointly and severally in the amount of $46,771.07 pursuant to Order #71

October 2, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk